# Court of Appeals
# of the State of Georgia

ATLANTA,   May 22, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1839.  ELBERT S. WALKER, JR. v. THE STATE.

Elbert S. Walker, Jr., was convicted of malice murder and felony murder, and the trial court sentenced him to life imprisonment.[1] After the trial court denied his pro se motions, Walker filed a notice of appeal to this Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, J., concurring); see also *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"); *McCrary v. State*, 215 Ga. 887 (1) (114 SE2d 133) (1960). Accordingly, Walker's appeal is hereby TRANSFERRED to the Supreme Court for disposition.  See *McCrary*, supra.

---

[1] The Supreme Court affirmed Walker's convictions. See *Walker v. State*, 288 Ga. 174 (702 SE2d 415) (2010).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 05/22/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*